NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MADEL JULIEN,                              )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-3720
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____    )

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Frederick R. Hardt, Judge.

Madel Julien, pro se.


PER CURIAM.

            Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.